# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN JEFFREY RICHSON,<br><br>  Petitioner,<br><br>  v.<br><br>M.D. BITER, Warden,<br><br>  Respondent. | Case No. CV 14-7276-SJO (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition for a Writ of Habeas Corpus, the records on file, and both the original and final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the original Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///
///
///

1    IT IS THEREFORE ORDERED that Judgment be entered (1) denying the First
2 Amended Petition for a Writ of Habeas Corpus; and (2) dismissing this action with
3 prejudice.

4    August 25, 2015.
5 Dated: _____

　　　　　　　　　　　　　　　　*S. James Otero*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE S. JAMES OTERO
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2