JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SEAN JEFFREY RICHSON, | ) | Case No. CV 14-7276-SJO (KK) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| M.D. BITER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

August 25, 2015.

Dated: _____

_S. James Otero_

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE